

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. E. Nickerson
County Auditor
Montgomery County
Conroe, Texas

Dear Sir:

Opinion No. O-3014
Re: License plates on vehicles
owned and operated by
sheriffs or deputies.

We acknowledge receipt of your letter of January
2, 1941, in which you request the opinion of this Depart-
ment upon the following question:

"Since Montgomery County is operating on a
salary basis, and the sheriff and his deputies
must furnish their own automobiles, are they
entitled to exempt vehicle license on these cars?"

Your question is controlled by Article 6675a-3,
Vernon's Annotated Civil Statutes of Texas, the applicable
provision of which reads as follows:

"Owners of motor vehicles, trailers and
semi-trailers, which are the property of, and
used exclusively in the service of the United
States Government, the State of Texas, or any
County, City or School District thereof, shall
apply annually to register all such vehicles, but
shall not be required to pay the registration
fees herein prescribed, provided that affidavit
is made at the time of registration by a person
who has the proper authority that such vehicles
are the property of and used exclusively in the
service of the United States Government, the State
of Texas, or County or City or School District
hereof, as the case may be. . . ."

Sub-paragraph L of Article 6675a-1 defines the word "owner" as "any person who holds the legal title of a vehicle or who has the legal right of possession thereof, or the legal right of control of said vehicle."

Article 6675a-3aa provides, among other things, that if, after the issuance of exempt license plates, the vehicle ceases to be, or is found not to be the property of the exempt agency, the license may be recalled and the receipt revoked. We think it clearly appears from the above quoted statutes not only that no provision exists for furnishing exempt license plates to a sheriff or his deputies on a privately owned automobile but also that the wording of the statutes definitely prohibits such practice. We, therefore, answer your question in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  /s/
    Ross Carlton
     Assistant

RC:N


APPROVED JAN 21, 1941

/s/ Gerald C. Mann    Approved
ATTORNEY GENERAL OF TEXAS Opinion Committee
         By B.W.B., Chairman